| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>The Money Source Inc. | **Order Filed on September 11, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Nidara Fields,<br><br>Debtor. | Case No.: 19-18595 VFP<br>Adv. No.:<br>Hearing Date: 9/19/19 @ 8:30 a.m.<br>Judge: Vincent F. Papalia |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtors: Nidara Fields
Case No.: 19-18595 VFP
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, The Money Source Inc., holder of a mortgage on real property located at 37 B Newark Way Maplewood Twp, New Jersey 07040, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David Jerome Witherspoon, Esquire, attorney for Debtor, Nidara Fields, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed, through the Chapter 13 Plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Nidara Fields  
      Debtor

Case No. 19-18595-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                Page 1 of 1           Date Rcvd: Sep 12, 2019
                            Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db             +Nidara Fields,   37B Newark Way,    Maplewood, NJ 07040-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
      Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
       trustee@stanzialelaw.com, nj45@ecfcbis.com
      David Jerome Witherspoon    on behalf of Debtor Nidara  Fields daveslaw321@gmail.com,
       prissycatina@yahoo.com
      Denise E. Carlon    on behalf of Creditor   The Money Source Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor   The Money Source Inc. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg     magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor    THE MONEY SOURCE INC. nj.bkecf@fedphe.com
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7