| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Nidara Fields | Case No.: 19-18595-VFP<br>Chapter: 7<br>Judge: Papalia |

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: David Jerome Witherspoon

This will confirm that on 10/02/2019 the following document(s) was filed by you.

☒ Amendment to Schedule(s) E/F ,

☐ Missing Documents, including Schedule(s) _____ ,

This will further confirm that the court has not received the following supplemental documents:

☒ Declaration About an Individual Debtor's Schedules (106 Declaration)

☒ An updated Summary of Your Assets and Liabilities and Certain Statistical Information (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

☐ Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

☐ An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary) [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date of this notice.

Dated: 10/02/2019                                    Jeanne A. Naughton, Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-18595-VFP
Nidara Fields                                                         Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1           Date Rcvd: Oct 02, 2019
                       Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
db             +Nidara Fields,    37B Newark Way,    Maplewood, NJ 07040-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:
      Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
       trustee@stanzialelaw.com, nj45@ecfcbis.com
      David Jerome Witherspoon    on behalf of Debtor Nidara  Fields daveslaw321@gmail.com,
       prissycatina@yahoo.com
      Denise E. Carlon    on behalf of Creditor   The Money Source Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    The Money Source Inc. kmcdonald@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor    THE MONEY SOURCE INC. nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                              TOTAL: 7