Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−18595−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nidara Fields
   37B Newark Way
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−9297

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/20/20 at 02:00 PM

to consider and act upon the following:

*75* − Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) (Witherspoon, David)

*76* − Objection to Debtor(s) Attorney's Application for Compensation (related document:75 Application for Compensation for David Jerome Witherspoon, Debtor's Attorney, period: to, fee: $187.50, expenses: $0.0. Filed by David Jerome Witherspoon. Objection deadline is 1/30/2020. (Attachments: # 1 Application # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Nidara Fields) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)


Dated: 1/27/20

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Nidara Fields  
     Debtor

Case No. 19-18595-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jan 27, 2020  
                         Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.  
db         +Nidara Fields,    37B Newark Way,    Maplewood, NJ 07040-3309

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:  
         Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.  
          trustee@stanzialelaw.com, nj45@ecfcbis.com  
         David Jerome Witherspoon    on behalf of Debtor Nidara  Fields daveslaw321@gmail.com,  
          prissycatina@yahoo.com  
         Denise E. Carlon    on behalf of Creditor   The Money Source Inc. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor   Credit Acceptance Corporation  
          ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor   The Money Source Inc. kmcdonald@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor   THE MONEY SOURCE INC. nj.bkecf@fedphe.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                     TOTAL: 8