David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

# United States Bankruptcy Court

District of New Jersey

In Re:  **Nidara Fields**    }    Case No.19-18595
    }    Chapter 13
    }    Hearing Date:
    CERTIFICATION

**I Nidara Fields,** certifies under penalty of perjury as follows:

1. I received $6,326 from my Federal tax return and $789 from the state. I sent $5,505 to the trustee from these funds.

<u>Nidara Fields</u>

/s/ Nidara Fields        March 25, 2020