David Witherspoon, Esq.
Attorney At Law
10 Hill Street- Suite 20Y
Newark, NJ 07102
973-991-0736

## United States Bankruptcy Court

### District of New Jersey

In Re:  **Nidara Fileds**               }        Case No 19-18595
                                         }        Chapter 13
                                         }        Hearing Date:
                                                  CERTIFICATION

**I Nidara Fields,** certifies under penalty of perjury as follows:

1.    The arrears of $1,988.42 have been sent to the mortgage company.

2.    I am current with my mortgage


<u>Nidara Fields</u>

/s/ Nidara Fields                        April 15, 2020