Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18595−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nidara Fields
   37B Newark Way
   Maplewood, NJ 07040

Social Security No.:
   xxx−xx−9297

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/16/21 at 10:00 AM

to consider and act upon the following:

*110* − Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 09/7/2021. (Attachments: # 1 Certification # 2 Exhibit Order Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*111* − Objection to certification of default (related document:110 Creditor's Certification of Default (related document:91 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of The Money Source Inc.. Objection deadline is 09/7/2021. (Attachments: # 1 Certification # 2 Exhibit Order Resolving Motion for Relief from Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor The Money Source Inc.) filed by David Jerome Witherspoon on behalf of Nidara Fields. (Witherspoon, David)

Dated: 8/26/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court