UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Witherspoon
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

In Re:
Nidara Fields

Case No.: _____19-18595_____

Chapter: _____13_____

Judge: ___Vincent F Papalia___

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____David Witherspoon_____, Esquire, certifies as follows:

1. I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

☐ Prosecution of motion on behalf of debtor.                                                $500.00

    Nature of motion:  _____

                                                          _____

    Hearing date(s):   _____

                                                          _____

☒ Defense of motion on behalf of debtor (Including filing                                    $400.00

    Objection to Creditor's or Trustee's Certification of Default).

    Nature of motion:   creditor cert of default_____

                                                          _____

    Hearing date(s):   9/16/21_____

                                                          _____

☐ Additional court appearance(s). (Not to exceed three).                                     $100.00

    Purpose:  _____

                                                          _____

    Hearing date(s):   _____

                                                          _____

☐ Filing and appearance on a modified Chapter 13 Plan.                                       $300.00

☐ Preparation of Wage Order                                                                  $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H                            $100.00
   or List of Creditors

☐ Preparation and filing of other amended schedules                                          $100.00

☐ Preparation and filing of Application for Retention of Professional                        $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy                      $100.00

## NON-STANDARD FEES

**Do not combine standard and non-standard fees for the same motion or service. If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____
_____
_____
_____

Describe non-standard expenses in detail:
_____
_____
_____
_____

2. To date, in this case:

   I have applied for fees (including original retainer) in the amount of:   5700

   To date, I have received:   n.a

3. I seek compensation for services rendered in the amount of $ _____400_____ payable:

   ☒ through the chapter 13 plan as an administrative priority.

   ☐ outside the plan.

4. ☒ This allowance will not impact on plan payments.

   ☐ This allowance will impact on plan payments.

   Present plan:   $ _____ per month for _____ months.

   Proposed Plan:  $ _____ per month for _____ months.

3

5.  I have not filed a supplemental fee application within the preceding 120 days.

I certify under penalty of perjury that the above is true.

Date: 11/17/21                                            /s/ David Witherspoon
                                                          Signature

*rev. 8/1/18*