UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
David Witherspoon
Attorney At Law
502 Bay Blvd
Seaside Heights, NJ 08751
732-250-2581

Order Filed on June 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Nidara Fields

Case No.:     19-18595

Chapter:     13

Judge:     Vincent F Papalia

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 3, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ David Witherspoon _____, the applicant, is allowed a fee of $ _____ 587.50 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 587.50 _____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*