Certificate Number: 14912-NJ-DE-032298363

Bankruptcy Case Number: 19-11485



14912-NJ-DE-032298363

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 15, 2019, at 9:35 o'clock AM EST, Nidara Fields completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 15, 2019     By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor